UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELIZABETH MAKAJ, BIANCA MAKAJ, GARRETT PATRICK BOELENS, and DOUGLAS MARTINEZ, on behalf of themselves and others similarly situated, | Case No. 24 CV 1980 (CS) |
| Plaintiffs, | |
| -against- | **PROPOSED DEFAULT JUDGMENT** |
| LIMNI LLC dba LIMNI MEDITERRANEAN KITCHEN, MEZZALUNA DUE INC., dba MEZZALUNA PIZZERIA & RESTAURANT, ROBERT PREZZANO and NISIM SACHAKOV, | |
| Defendants. | |

This action, having been commenced on March 21, 2024, by the filing of a summons and complaint; a copy of the Summons and Complaint having been served upon defendants Limni LLC dba Limni Mediterranean Kitchen and Mezzaluna Due Inc. dbd Mezzaluna Pizzeria & Restaurant, pursuant to Fed. R. Civ. Pro. 4(e) and (h), proof of service of the Summons and Complaint having been duly filed; defendants Limni LLC dba Limni Mediterranean Kitchen and Mezzaluna Due Inc. dba Mezzaluna Pizzeria & Restaurant not having answered the Summons and Complaint, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: that the Plaintiffs Elizabeth Makaj, Bianca Makaj, Garrett Patrick Boelens, and Douglas Martinez, have judgment against defendants Limni LLC dba Limni Mediterranean Kitchen and Mezzaluna Due Inc. dba Mezzaluna Pizzeria & Restaurant, in an amount to be determined at an inquest to be held on a date and time to be set by the court.

Dated: New York, New York

_____
 Honorable _____, U.S.D.J.

This Document was Entered on the Docket

on _____.