# CILENTI & COOPER, PLLC

ATTORNEYS AT LAW
60 East 42nd Street – 40th Floor
New York, New York 10165
———
Telephone (212) 209-3933
Facsimile (212) 209-7102

May 30, 2025

**CONSENT TO MODIFY
ATTORNEYS' FEES AND COSTS**

**VIA ECF**
Hon. Cathy Seibel, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Having considered the applicable factors, see Wolinsky v. Scholastic, Inc., 900 F. Supp. 2d 3332 (S.D.N.Y. 2012), I find the proposed settlement, as modified by this letter, to be fair, reasonable and adequate. I also find the fees and costs to be fair, reasonable and adequate (although I make no finding as to hourly rates and this decision should not be cited as such). Counsel for Plaintiffs shall file the stipulation of dismissal as provided for in the settlement agreement. The Clerk shall close the case.

Re:  *Makaj, et. Al. v. Limni LLC, et al.*
     *Case No. 24-CV-1980 (CS)*

SO ORDERED.

*Cathy Seibel*   5/30/25
CATHY SEIBEL, U.S.D.J.

Dear Judge Siebel,

    We are co-counsel to the plaintiffs in the above-referenced matter. We write with reference to the court's order dated May 29, 2025, to confirm that the fee request will be reduced to one third, net costs. Documentation of costs in the amount of $1,755 for service and investigation, is provided, as well as the filing fee of $400.00 for a total of $2,155. As such, the fee request is $49,281 as well as reimbursement of costs in the amount of $2,155. The remaining sum will be distributed to the plaintiffs, proportionate to the settlement amounts indicated in the settlement agreement.

    We thank the court for its consideration of this case.

Respectfully submitted,

*/s/ Peter Hans Cooper*

Peter Hans Cooper

cc:   Counsel of Record

EXHIBIT "A"



# Invoice

Pay now at abclegal.com | ABC Legal Services, LLC | 1099 Stewart St, Suite 700, Seattle, WA 98101 | 206-521-9000 | ar@abclegal.com | Tax ID: 91-1153514

**BILL TO:**

**Valiant Law**

INVOICE# 16915646.100
DATE Mar 29, 2024
ACCOUNT# 176285
ATTENTION nmk@valiantlaw.com
REFERENCE# 1511

**AMOUNT DUE**   **$ 0.00**

CASE #       7:24-cv-01980-CS
CASE TITLE   Elizabeth Makaj, et al v. Limni LLC dba Limni Mediterranean Kitchen, et al
COURT        US District Court, New York, Southern Division, Manhattan

### SERVICES PERFORMED

| DESCRIPTION | NOTE | AMOUNT |
|---|---|---|
| Effect Service of Process | | |
| New Address | Subject: NISIM SACHAKOV<br>Address: 22 Arbor Ct, Holmes, NY 12531 | 75.00 |
| | **SUBTOTAL** | $ 75.00 |
| | **SALES TAX** | $ 0.00 |
| | **TOTAL CHARGES** | **$ 75.00** |

### PAYMENTS

| SOURCE | DATE | AMOUNT |
|---|---|---|
| visa ending in 4600 | March 29, 2024 | 75.00 |
| | **AMOUNT PAID** | **$ 75.00** |

**AMOUNT DUE**   **$ 0.00**

OFFICIAL PROCESS SERVER TO U.S. DEPARTMENT OF JUSTICE AND U.S. STATE DEPARTMENT       Page 1 of 1



# Invoice

Pay now at abclegal.com | ABC Legal Services, LLC | 1099 Stewart St, Suite 700, Seattle, WA 98101 | 206-521-9000 | ar@abclegal.com | Tax ID: 91-1153514

**BILL TO:**

**Valiant Law**

| | |
|---|---|
| INVOICE# | 16841065.100 |
| DATE | Mar 22, 2024 |
| ACCOUNT# | 176285 |
| ATTENTION | nmk@valiantlaw.com |
| REFERENCE# | 1511 |

**AMOUNT DUE** $ 0.00

CASE #      N/A
CASE TITLE  N/A
COURT       N/A

## SERVICES PERFORMED

| DESCRIPTION | NOTE | AMOUNT |
|---|---|---|
| Prepare Suit | | |
| Process Service - Web Upload | Uploaded File(s): Summons Mezza Luna.pdf, Makaj et al v. Limni et al._Filed Complaint.pdf, Summons Prezzano.pdf, Summons Sachakov.pdf, Summons Limni LLC.pdf<br>Rush Requested: No<br>Parties To Serve: 4 | 540.00 |

| | |
|---|---|
| SUBTOTAL | $ 540.00 |
| SALES TAX | $ 0.00 |
| TOTAL CHARGES | $ 540.00 |

## PAYMENTS

| SOURCE | DATE | AMOUNT |
|---|---|---|
| Visa ending in 4600 | March 22, 2024 | 540.00 |

**AMOUNT PAID** $ 540.00

**AMOUNT DUE** $ 0.00



| | |
|---|---|
| | # Invoice |

Pay now at abclegal.com I ABC Legal Services, LLC I 1099 Stewart St, Suite 700, Seattle, WA 98101 I 206-521-9000 I ar@abclegal.com I Tax ID: 91-1153514

**BILL TO:**

**Valiant Law**

| | |
|---|---|
| INVOICE# | 16868191.100 |
| DATE | Mar 25, 2024 |
| ACCOUNT# | 176285 |
| ATTENTION | nmk@valiantlaw.com |
| REFERENCE# | 1511 |

**AMOUNT DUE**  $ 0.00

| | |
|---|---|
| CASE # | 7:24-cv-01980-CS |
| CASE TITLE | Elizabeth Makaj, et al v. Limni LLC dba Limni Mediterranean Kitchen, et al |
| COURT | US District Court, New York, Southern Division, Manhattan |

### SERVICES PERFORMED

| DESCRIPTION | NOTE | AMOUNT |
|---|---|---|
| **Effect Service of Process** | | |
| Cash Advance | Subject: LIMNI LLC, dba LIMNI MEDITERRANEAN KITCHEN<br>Address: 99 Washington Avenue, 1 Commerce Plaza, Albany, NY 12231 | 40.00 |
| Cash Processing | | 5.00 |

| | |
|---|---|
| SUBTOTAL | $ 45.00 |
| SALES TAX | $ 0.00 |
| TOTAL CHARGES | $ 45.00 |

### PAYMENTS

| SOURCE | DATE | AMOUNT |
|---|---|---|
| visa ending in 4600 | March 25, 2024 | 45.00 |

| | |
|---|---|
| AMOUNT PAID | $ 45.00 |

| | |
|---|---|
| AMOUNT DUE | $ 0.00 |

OFFICIAL PROCESS SERVER TO U.S. DEPARTMENT OF JUSTICE AND U.S. STATE DEPARTMENT    Page 1 of 1



| | |
|---|---|
| Pay now at abclegal.com  I  ABC Legal Services, LLC  I  1099 Stewart St, Suite 700, Seattle, WA 98101  I  206-521-9000  I  ar@abclegal.com  I  Tax ID: 91-1153514 | **Invoice** |

**BILL TO:**

**Valiant Law**

| | |
|---|---|
| INVOICE# | 16868125.100 |
| DATE | Mar 25, 2024 |
| ACCOUNT# | 176285 |
| ATTENTION | nmk@valiantlaw.com |
| REFERENCE# | 1511 |

**AMOUNT DUE** $ 0.00

| | |
|---|---|
| CASE # | 7:24-cv-01980-CS |
| CASE TITLE | Elizabeth Makaj, et al v. Limni LLC dba Limni Mediterranean Kitchen, et al |
| COURT | US District Court, New York, Southern Division, Manhattan |

### SERVICES PERFORMED

| DESCRIPTION | NOTE | AMOUNT |
|---|---|---|
| Effect Service of Process | | |
| Cash Advance | Subject: MESSALUNA DUE, INC dba MEZZA LUNA PIZZERIA & RESTAURANT<br>Address: 99 Washington Avenue, 1 Commerce Plaza, Albany, NY 12231 | 40.00 |
| Cash Processing | | 5.00 |

| | |
|---|---|
| SUBTOTAL | $ 45.00 |
| SALES TAX | $ 0.00 |
| TOTAL CHARGES | $ 45.00 |

### PAYMENTS

| SOURCE | DATE | AMOUNT |
|---|---|---|
| visa ending in 4600 | March 25, 2024 | 45.00 |

| | |
|---|---|
| AMOUNT PAID | $ 45.00 |
| AMOUNT DUE | $ 0.00 |

OFFICIAL PROCESS SERVER TO U.S. DEPARTMENT OF JUSTICE AND U.S. STATE DEPARTMENT        Page 1 of 1

# Intelligence West
## Investigative Services

1717 E. Vista Chino, Suite A7 PMB 207
Palm Springs, CA  92262
(760) 325-7145
www.intellwest.com | P.I. Lic #17342

**PAID 05/13/2024**

# Invoice

| DATE | INVOICE # |
|---|---|
| 5/13/2024 | 13238 |

**BILL TO:**

Cilenti & Cooper, PLLC
60 East 42nd St. - 40th Floor
New York, NY  10165
*Via Email Only*

| TERMS |
|---|
| Paid via Credit Card |

| DESCRIPTION | AMOUNT |
|---|---|
| FEIN Search - Mezzaluna Due, Inc | 150.00 |
| Bank Search (Single) - Mezzaluna Due, Inc | 300.00 |
| Bank Search (Single) - Sachakov, Nisim | 300.00 |
| Bank Search (Single) - Sachakov, Christina | 300.00 |

Charged to your credit card on file. - Thank You!

**Total  $1,050.00**

www.intellwest.com